1  **Stuart B. Wolfe, Esq. (SBN 156471)**
   **sbwolfe@wolfewyman.com**
2  **Eric T. Lamhofer, Esq. (SBN 115865)**
   **etlamhofer@wolfewyman.com**
3  **WOLFE & WYMAN LLP**
   **5 Park Plaza, Suite 1100**
4  **Irvine, California 92614-5979**
   **Telephone:  (949) 475-9200**
5  **Facsimile:   (949) 475-9203**

6  **Attorneys for Defendant**
   **FIRST FRANKLIN FINANCIAL CORPORATION**
7

**JS-6**

8              **UNITED STATES DISTRICT COURT**

9              **CENTRAL DISTRICT OF CALIFORNIA**

10

11  CRAYA C. CARON,                    Case No. SACV 07-1411-JVS(MLGx)

12              Plaintiff,             Assigned to Judge James V. Selna

13       v.                           **ORDER DISMISSING ACTION**
                                       **PURSUANT TO MOTION TO**
14  FIRST FRANKLIN FINANCIAL           **DISMISS UNDER FRCP 12(b)(6)**
    CORP.,
15
                Defendant.
16

17

18       The Motion of Defendant First Franklin Financial Corporation for an Order

19  dismissing the above-entitled action pursuant to FRCP 12(b)(6) for failure to state a

20  claim upon which relief can be granted, came on regularly for hearing by the Court

21  on March 3, 2008 at 1:30 p.m. in Department 10C of this Court, the Honorable

22  James V. Selna, judge presiding.  Plaintiff Craya Caron appeared in *pro se*;

23  Defendant appeared by counsel Eric T. Lamhofer of Wolfe & Wyman LLP.

24  Although Plaintiff checked in with the court clerk prior to the hearing on the motion,

25  she had departed and was not present when the case was called after being placed on

26  second call.

27       After due consideration of the moving, opposition and reply papers submitted

28  by the parties, the Court ordered that its Tentative Order granting the Motion as to all

1

1  causes of action and dismissing the Complaint in its entirety without leave to amend,

2  a copy of which is attached hereto as Exhibit "A", would be the Court's Order.

3        On proof made to the satisfaction of the Court that the Motion ought to be

4  granted,

5        IT IS ADJUDGED, ORDERED AND DECREED THAT THE MOTION BE,

6  AND HEREBY IS, GRANTED AND THAT THE ACTION BE, AND HEREBY

7  IS, DISMISSED UNDER FRCP 12(b)(6).  DEFENDANT IS TO RECOVER

8  COSTS FROM PLAINTIFF IN THE SUM OF $_____.

9

10

11

12  DATED:  March 06, 2008        _____

13                                HON. JAMES V. SELNA
                                  UNITED STATES DISTRICT
14                                COURT JUDGE

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

**ORDER DISMISSING ACTION**
**SACV 07-1411-JVS(MLGX)**